**From:** USBankruptcyCourts <USBankruptcyCourts@noticingcenter.com>
**To:** attycjn <attycjn@aol.com>
**Subject:** U.S. Bankruptcy Court, District of Connecticut - Undeliverable Notice, In re: Carolyn Woodson, Case Number: 12-30663, lmw, Ref: [p-41647912]
**Date:** Wed, Jul 25, 2012 2:54 pm
**Attachments:** B_P31230663hrgBKNH0049.PDF (7K)

## TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

**NOTE:** **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** *THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.*

*If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.*

---

**UNDELIVERABLE ADDRESS:** *Bank Of America, Po Box 1598, Norfolk, VA 23501*
**Reason Undeliverable:** *Forwarding order has expired.*
**THE UPDATED ADDRESS PROVIDED IS:**

*Bank of America, P.O. Box 15019, Wilmington, DE 19850-5019*

*[signature: Claudette J. Mariano]*     7/26/12
**Signature of Debtor or Debtor's Attorney**     **Date**

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.